```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG, on behalf of himself and all others similarly situated,

      Plaintiff,

    -against-

KRISPY KREME DOUGHNUT CORPORATION,

      Defendant.

1:20-cv-05479-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

  It having been reported to this Court by the parties that this case has been settled [ECF No. 12], IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 14, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **October 14, 2020**
    **New York, NY**

*(signed)* Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**