USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAWRENCE YOUNG, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

              Plaintiff,

              v.

KRISPY KREME DOUGHNUT CORPORATION,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-5479

ECF CASE

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, LAWRENCE

YOUNG, and Defendant, KRISPY KREME DOUGHNUT CORPORATION, in accordance

with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action

be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       December 14, 2020

**GOTTLIEB & ASSOCIATES**

_____
Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal
*Attorneys for Plaintiffs*

**JACKSON LEWIS P.C.**

_____
Rebecca M. McCloskey, Esq.
44 South Broadway
White Plains, NY 10601
Phone: (914) 872-6893
Rebecca.McCloskey@jacksonlewis.com

*Attorney for Defendant*

**Granted. SO ORDERED.**

Date:  12/14/2020
New York, New York

_____
Mary Kay Vyskocil
United States District Judge